# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>SANCHEZ-GUTIERREZ, Francisco Noel; DOB: 1985; Nicaraguan Citizen<br>SUAREZ-LOPEZ, Jose Antonio; DOB: 1985; Mexican Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>11-01815 M- |

Complaint for violation of Title 18   United States Code § 111(a)(1) & (b)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about April 1, 2011, at or near Santa Rosa, on the Tohono O'Odham Indian Reservation, in the District of Arizona, defendants, FRANCISCO NOEL SANCHEZ-GUTIERREZ and JOSE ANTONIO SUAREZ-LOPEZ, did intentionally and forcibly, assault, resist, oppose, impede, intimidate and interfere with U.S. Border Patrol Agent Guadalupe Reyes, an officer of the United States, while Agent Reyes was engaged in and on account of the performance of his official duties; with the act constituting more than simple assault, that is, SANCHEZ-GUTIERREZ and SUAREZ-LOPEZ threw grapefruit-sized rocks at Agent Reyes, in violation of Title 18, United States Code, Section 111(a)(1) and (b).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On April 1, 2010, at or near Santa Rosa, Arizona, on the Tohono O'odham Indian Nation, in the District of Arizona, United States Border Patrol Agent Guadalupe Reyes observed two male individuals walking northbound along the side of Federal Route 15 at approximately milepost 15, as he patrolled the area. Both males were wearing large back packs and carrying 1 gallon water jugs. Agent Reyes turned his patrol vehicle around to the location where he had observed the individuals, and then got out of his vehicle to try to make contact with the two male individuals, later identified as **FRANCISCO NOEL SANCHEZ-GUTIERREZ** and **JOSE ANTONIO SUAREZ-LOPEZ.** Agent Reyes observed that **SANCHEZ-GUTIERREZ** and **SUAREZ-LOPEZ** were walking west in to the desert. The agent identified himself in both English and Spanish and instructed **SANCHEZ-GUTIERREZ** and **SUAREZ-LOPEZ** to come and talk to him, but both of them ignored the agent and continued to walk in to the desert. Agent Reyes, along with his service canine, began to follow **SANCHEZ-GUTIERREZ** and **SUAREZ-LOPEZ**, who began to run away. As Agent Reyes and his service canine followed **SANCHEZ-GUTIERREZ** and **SUAREZ-LOPEZ** in to a mountain range, **SANCHEZ-GUTIERREZ** and **SUAREZ-LOPEZ** simultaneously came to a stop, and set their water jugs and back packs on the ground. **SANCHEZ-GUTIERREZ** and **SUAREZ-LOPEZ** then reached down, picked

(CONTINUED ON REVERSE)

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| Rec: Detention<br>   Being duly sworn, I declare that the foregoing is<br>   true and correct to the best of my knowledge.<br>NPS/cgf<br>Approved by AUSA N. Savel | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>US Border Patrol Agent |
|---|---|
| Sworn to before me and subscribed in my presence | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>April 4, 2011 |

[1] See Federal rules of Criminal Procedure Rules 3 and 54

up grapefruit-sized rocks, and threw several of these rocks at Agent Reyes and his service canine. The rocks did not hit the Agent or the canine, but landed directly in front of them, in very close proximity. After they finished throwing rocks, **SANCHEZ-GUTIERREZ** and **SUAREZ-LOPEZ** put their packs on and **SANCHEZ-GUTIERREZ** motioned to Agent Reyes with his hand and said "come on" in an antagonizing manner. The pursuit was discontinued by Agent Reyes, but the subjects were apprehended approximately 30 minutes later and positively identified by Agent Reyes.